John Fitzpatrick et al., Appellees, v. Blue Star Auto Stores, Inc., Appellant.

Gen. No. 41,580.

Heard in second division, first district, this court at December term, 1940; opinion filed November 28, 1941. Wilhartz & Hirsch, for appellant; J. S. Greenberg and Albert H. Klee, of counsel; Allen & Darlington, for appellee; Glynn J. Elliott, of counsel. Opinion by JUSTICE FRIEND. ''Not to be published in full.''